**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBIN A. JACKSONHANNAH,

    Plaintiff,

vs.                                Case No.:  8:17-CV-00803-RAL-JSS

RETRIEVAL-MASTERS CREDITORS
BUREAU, INC. D/B/A AMERICAN
MEDICAL COLLECTION AGENCY,

    Defendant.    /

## JOINT STATUS REPORT

***COME NOW*** the parties in the above-captioned action and represent to the Court that they have resolved their differences in their entirety and anticipate submitting closing documents within the next forty-five (45) days. As a consequence, the parties respectfully request that the Court adjourn all set dates at this time and represent to the Court this is matter may be administratively closed.

| | |
|---|---|
| **KUHN RASLAVICH, P.A.** | **HINSHAW & CULBERTSON LLP** |
| *Attorneys for Plaintiff Robin A. Jacksonhannah* | *Attorneys for Defendant Retrieval-Masters Creditors Bureau, Inc., doing business as American medical Collection Agency* |
| By: *s/ Benjamin W. Raslavich* | By: *s/Carlos A. Ortiz* |
|   Benjamin W. Raslavich |   Carlos A. Ortiz (not admitted in M.D. Fla.) |
|   2124 W. Kennedy Blvd., Suite B |   222 N. La Salle St., Suite 300 |
|   Tampa, Florida 33606 |   Chicago, Illinois 60601 |
|   Phone: (813) 422 – 7782 |   Tel: 312.704.3000 |
|   Fax: (813) 422 – 7783 |   Fax: 312.704.3001 |
|   ben@theKRfirm.com |   cortiz@hinshawlaw.com |